

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00121-CV

| | | |
|---|---|---|
| Mindy M. Rice | § | From the 367th District Court |
| | § | of Denton County (14-06112-367) |
| v. | § | June 28, 2018 |
| Natalie Fix and Allstate Fire and Casualty Insurance Company | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Mindy M. Rice shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel